IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRUMAND EDWARDS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:11-CV-0549-B (BK) |
| | § | |
| LOCAL GOVERNMENT, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED on this 24th day of June, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE